## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLEN MACROBERTS and JUDITH MACROBERTS,<br><br>                              Plaintiffs,<br>-against-<br><br>CBS CORPORATION, et al.,<br><br>                              Defendants. | CIVIL ACTION #:  1:14-cv-00341-DNH-CFH<br><br><br>STIPULATION AND ORDER<br>OF DISCONTINUANCE<br>WITHOUT PREJUDICE<br>AS TO<br>GENERAL ELECTRIC COMPANY |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for the plaintiffs and the defendant in the above-entitled action, that whereas no party to this Stipulation is an infant or incompetent person, it is hereby agreed that the plaintiffs' claims as against GENERAL ELECTRIC COMPANY and all of its related entities, in the above entitled action be hereby discontinued without prejudice, without costs to either party hereto as against the other. This Stipulation may be filed without further notice with the Clerk of the Court.

Dated:

BELLUCK & FOX, LLP

_____
Joseph Belluck, Esq.
546 Fifth Avenue, 4th Floor
New York, New York 10036
Attorneys for Plaintiffs

SEDGWICK LLP

_____
Michael A. Tanenbaum, Esq.
Three Gateway Center, 12th Floor
Newark, New Jersey 07102
Attorneys for Defendant, General Electric Company

So Ordered _____
              David N. Hurd, U.S.D.J.

8-27-14
Utica, N.Y.