UNITED STATES DISTRICT COURT
FOR THE ~~SOUTHERN~~ *Northern - cp* DISTRICT OF NEW YORK

------------------------------------------------------------x

This Document Relates To:

ALLEN MACROBERTS and JUDITH MACROBERTS,

       Plaintiffs,

v.

CBS CORPORATION, et al.,

       Defendants.

------------------------------------------------------------x

Civil Action No. 1:14-cv-00341-DNH-CFH

Index No.: 299-2014
(Supreme Court of Schenectady County)

**STIPULATION TO DISMISS DEFENDANT CRANE CO. WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for the Plaintiff and Defendant, CRANE CO., improperly sued as "CRANE CO., Individually and as Successor to Cochrane" (hereinafter "CRANE CO."), in the above-entitled action, that whereas no party to this Stipulation is an infant, or incompetent person, it is hereby agreed that all of Plaintiffs' claims and cross-claims against CRANE CO. in the above action, shall be, and are hereby dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure, with each party to bear its own fees and costs.

It is also hereby ordered that all other cross-claims against defendant, CRANE CO., are hereby dismissed without prejudice and without costs.

Dated: August 19, 2014

_/s/ Joseph W. Belluck_
Joseph W. Belluck, Esq.
BELLUCK & FOX, LLP
Attorneys for Plaintiff(s)
546 Fifth Avenue, 4th Floor
New York, NY 10036
(212) 681-1575

_/s/ Eric R.I. Cottle_
Eric R.I. Cottle, Esq. (EC 3234)
K&L GATES LLP
Attorneys for Defendant
CRANE CO.
599 Lexington Avenue
New York, NY 10022-6030
(212) 536-3900

IT IS SO ORDERED:

_/s/ David N. Hurd_
David N. Hurd
United States District Judge

Dated: September 3, 2014
    Utica, NY